# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DUQUESNE CITY AND DUQUESNE : No. 22 WM 2017
CITY SCHOOL DISTRICT, :
: 
Respondents :
:
:
:
v. :
:
:
:
BURTON SAMUEL COMENSKY, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.